IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR No. 04-20-04 (PA) |
| v. | ) | |
| | ) | ORDER AMENDING SENTENCE |
| JACOB LEE McCORD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On motion of the United States, and pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the sentence imposed in the case of United States v. Jacob Lee McCord is hereby amended to reflect that the sentence imposed is reduced from one of 87 months imprisonment to one of 63 months imprisonment. All other aspects of the original judgement will remain in full force and effect.

**IT IS SO ORDERED:**

DATED this 13 day of February, 2006.

_____
Owen M. Panner
Senior United States District Judge


Submitted by:
KARIN J. IMMERGUT
United States Attorney

_____
JOHNATHAN S. HAUB, OSB#76165
Assistant United States Attorney